UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHAD A. RINE, | ) | CASE NO: 5:17CV2654 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | **Report & Recommendation** |
| | ) | |

Plaintiff, Chad Rine ("Plaintiff"), challenges the final decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security ("Commissioner"), denying his application for disability benefits under the Social Security Act, 42 U.S.C. §§ 416(i) & 423. ("Act"). This Court has jurisdiction pursuant to 42 U.S.C. § 405(g). This case is before the undersigned United States Magistrate Judge pursuant to an automatic referral under Local Rule 72.2 for a Report and Recommendation. For the reasons set forth below, it is recommended that this action be DISMISSED WITHOUT PREJUDICE for failure to prosecute based on Plaintiff's failure to pay the filing fee.

**I    Relevant Background**

On December 20, 2017, Plaintiff, through counsel, filed a Complaint challenging the final decision of the Commissioner denying his application for social security disability benefits.

(Doc. No. 1.) A motion to proceed *in forma pauperis* ("IFP") accompanied Plaintiff's Complaint. (Doc. No. 3.)

On December 21, 2017, the undersigned issued a Report & Recommendation that Plaintiff's Motion for Leave to Proceed IFP be denied because he and his spouse reported earning an average gross monthly income of $3,400 and having assets including $3,200 in a savings account and a "variable" amount in a checking account. Thus, it did not appear the cost of filing would impose an undue hardship. (Doc. No. 5.) The Report & Recommendation further provided that "if this Report & Recommendation is adopted, [it is further recommended that] Plaintiff be ordered to pay the $400 filing fee within fourteen (14) days of such Order." (*Id.* at 4.) The record reflects Plaintiff did not file objections to the Report & Recommendation.

On January 19, 2018, the Court issued an Order adopting the undersigned's Report & Recommendation and ordering Plaintiff "to pay the $400 filing fee within 14 days of the date of this Order," i.e., by February 2, 2018. (Doc. No. 6.)

The record reflects Plaintiff has failed to pay the $400 filing fee as required by this Court's January 19, 2018 Order. It is therefore recommended this matter be dismissed without prejudice for failure to prosecute based on Plaintiff's failure to pay the filing fee. *See Bomer v. Lavigne*, 76 Fed. Appx. 660 (6th Cir. 2003) (affirming dismissal of complaint without prejudice for failure to want of prosecution based on plaintiff's failure to pay filing fee); *Davis v. U.S.*, 2003 WL 21956990 (6th Cir. Aug. 13, 2003); *Martin v. Bureau of Medical Services*, 2016 WL 4140557 (S.D. Ohio Aug. 4, 2016) *report and recommendation adopted* 2016 WL 6136994 (S.D. Ohio Oct. 21, 2016).

**II.     Conclusion**

For the reasons set forth above, it is therefore recommended this matter be dismissed without prejudice for failure to prosecute based on Plaintiff's failure to pay the filing fee.

Date: February 13, 2018                                          s/ *Jonathan D. Greenberg*
                                                                                 Jonathan D. Greenberg
                                                                                 U.S. Magistrate Judge

**OBJECTIONS**

**Any objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation.  28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may waive the right to appeal the District Court's order.  See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).**